IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WYLENE DINKINS,

   Plaintiff,

    v.

MICHAEL O. LEAVITT
Secretary, Department of Health and
Human Services,

   Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-486-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 22] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss or alternatively Motion for Summary Judgment [Doc. 12]. The Plaintiff was last employed by the CDC as of October 18, 2003. This is the third lawsuit that the Plaintiff has filed concerning her employment with the CDC. For the reasons set forth in the Report and Recommendation, all of her claims are barred by res judicata. Her mental incompetence does not authorize the Court to make an exception to the rule of res judicata. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 12] is GRANTED.

SO ORDERED, this 11 day of January, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge